UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENNY HERNANDEZ | CIVIL ACTION NO: 09-00318 |
| VERSUS | JUDGE DONALD E. WALTER |
| OFFICER R. DIMAS, ET AL | |

## JUDGMENT

For the reasons assigned in the foregoing Memorandum Ruling, **IT IS ORDERED** that Defendants' Motion to Dismiss for Failure to Prosecute [Doc. #62] is hereby **GRANTED**.

Further, **IT IS ORDERED** that Defendants' Motion for Summary Judgment [Doc. #50] is hereby **GRANTED**, and Plaintiff's claims are **DISMISSED WITH PREJUDICE ON THE MERITS**.

Plaintiff's claims against unnamed "Doe" Defendants are **DISMISSED**. Plaintiff's claim against Estevan Navarro is **DISMISSED** for failure to state a claim upon which relief may be granted.

**THUS DONE AND SIGNED**, this 28th day of December, 2010.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE